UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Fidel A. Ramirez, individually and on behalf of other employees similarly situated,** | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **Attitudes Restaurant & Bar Ltd. and Michael Siddon, individually,** | ) ) ) |
| **Defendants.** | ) ) ) |

Case No.: 15-CV-8629

Judge Virginia M. Kendall

Magistrate Mary Rowland

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Fidel A. Ramirez and Defendants, Attitudes Restaurant & Bar Ltd. and Michael Siddon, by and through their attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneysø fees, pursuant to the partiesøsettlement agreement.

Dated: December 31, 2015

Respectfully Submitted,

| | |
|---|---|
| **Fidel A. Ramirez** | **ATTITUDES RESTAURANT & BAR LTD. and MICHAEL SIDDON** |
| By: /s/ Valentin Tito Narvaez | By: */s/ Jennifer Adams Murphy* |
| Valentin Tito Narvaez | Wessels Sherman |
| Consumer Law Group, LLC | 2035 Foxfield Road ó Dunham Center |
| 6232 N. Pulaski, Suite 200 | St. Charles, Illinois 60174 |
| Chicago, IL 60646 | jemurphy@wesselssherman.com |
| vnarvaez@yourclg.com | |

# EXHIBIT A